FILED
March 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:06-mj-55 GGH
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
Adela Juarez )
aka Adela Garcia, )
)
Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Adela Juarez (aka Garcia) Case No. 2:06-mj-55 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_  Release on Personal Recognizance

    \_  Bail Posted in the Sum of _____

        \_  Unsecured Appearance Bond

        \_  Appearance Bond with 10% Deposit

        X  $284,000 Vacarro Appearance Bond secured by Real Property

        \_  Corporate Surety Bail Bond

    X  (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/3/06   at  3:50 p.m.

By  _____
Kimberly J. Mueller
United States Magistrate Judge