```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    ADELA JUAREZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. 06-055-GGH |
|---|---|---|
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY** |
| V. | ) | |
| ADELA JUAREZ, | ) | |
| Defendant. | ) | |

It is respectfully requested that LEXI NEGIN, Assistant Federal Defender, be relieved as attorney of record in the above captioned case and that, JOSEPH J. WISEMAN, Attorney at Law, 1477 Drew Ave. #106, Davis, California 95616; telephone number (530) 759-0700, been retained.

```
                                DANIEL J. BRODERICK
                                Federal Defender

                                Respectfully submitted,


         3/9/06                 /s/ Lexi Negin
DATED:  _____     _____
                                LEXI NEGIN
                                Assistant Federal Defender
/ / /

/ / /
```

1    I consent to the substitution.

3    DATED:  3/9/06                    /s/ Adela Juarez
4                                      ADELA JUAREZ
                                       Defendant

7    DATED:  3/9/06                    /s/ Joseph Wiseman
                                       JOSEPH WISEMAN
8                                      Attorney at Law

                                O R D E R

IT IS SO ORDERED.

DATED: 3/14/06

                                /s/ Gregory G. Hollows
                                _____
                                UNITED STATES MAGISTRATE COURT JUDGE

juarez.ord

**2**