1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2     **1477 Drew Avenue, Suite 106**
      **Davis, California 95616**
3     **Telephone:   530.759.0700**
      **Facsimile:    530.759.0800**
4
   **Attorney for Defendant**
5  **ADELA JUAREZ**

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                                SACRAMENTO DIVISION
10

11
    UNITED STATES OF AMERICA,          )   Case No. MAG 06-0055 GGH
12                                     )
                       Plaintiff,      )   STIPULATION AND ORDER
13                                     )   TO CONTINUE THE PRELIMINARY
         vs.                           )   HEARING
14                                     )
                                       )
15                                     )
    ADELA JUAREZ,                      )
16                                     )
                       Defendant.      )
17  _____)

18
         It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF
19
    AMERICA, through its counsel of record Michael Beckwith, Assistant United States Attorney,
20
    and defendant, ADELA JUAREZ, through her counsel of record, Joseph J. Wiseman, that the
21
    preliminary hearing scheduled for March 21, 2006 at 2:00 p.m., be rescheduled to April 18, 2006
22
    at 2:00 p.m. The undersigned are requesting this continuance to allow defense counsel, who
23
24  recently substituted in as attorney in place of the Federal Defender, to review the more than

25  1,000 pages of discovery and adequately prepare in an effort of the parties to reach an

26  expeditious resolution of the case.

27
28

---
                                              1
STIPULATION AND ORDER To Continue Preliminary                          CR. S-06 0055 GGH
Hearing

For these reasons, the parties further stipulate and agree that time from the date of this Order through the date of the preliminary hearing on April 18, 2006, is excludable from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4 and that the ends of justice, in granting the continuance, outweigh the interest of the public and the defendant pursuant to 18 U. S. C. § 3161 (h)(8)(A).

Dated: March 20, 2006          Respectfully submitted,

By:  /s/  Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant
    ADELA JUAREZ

Dated: March 20, 2006

By:  /s/ Michael Beckwith
    Michael Beckwith, AUSA
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the preliminary hearing in the above-captioned case is continued to April 18, 2006 at 2:00 p.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to April 18, 2006 be excluded based on 18 U.S.C. § 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4 and in the interests of justice as provided by 18 U.S.C. § 3161(h)(8)(A).

Dated:  March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE