**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**ADELA JUAREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. CR.S 06 0209 FCD |
| )|  |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE; |
| vs. ) | ORDER THEREON |
| ) |  |
| ADELA JUAREZ, ) |  |
| ) |  |
| Defendant. ) |  |

     The parties to this action, the defendant, ADELA JUAREZ, by and through her counsel, Joseph J. Wiseman, and the government, by and through its counsel, Assistant United States Attorney Michael M. Beckwith, hereby stipulate and request this Court to continue the date for sentencing in this matter from September 5, 2006, at 9:30 a.m. to October 2, 2006, at 9:30 a.m. The reason for this request is that defense counsel Joseph Wiseman has recently completed two lengthy and complicated federal jury trials before the Honorable William B. Shubb and needs additional time to meet with the United States Probation Office for the pre-sentence interview.

///

///

The parties further stipulate and request the Court order the following dates for the sentencing report to be completed:

| | |
|---|---|
| Disclose of the report to the parties: | August 28, 2006, |
| Informal objections to the report: | September 11, 2006, |
| Final report to the Court: | September 18, 2006, |
| Formal objections/corrections to the report: | September 25, 2006 |

Dated: JULY 11, 2006                Respectfully submitted,

                          By:   /s/  Joseph J. Wiseman
                              JOSEPH J. WISEMAN
                              Attorney for Defendant
                              ADELA JUAREZ

Dated: JULY 11, 2006

                          By:   /s/ Michael Beckwith
                              Michael Beckwith, AUSA
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA

## **ORDER**

　　IT IS SO ORDERED.

DATED:   July 11, 2006            /s/ Frank C. Damrell Jr.
                         FRANK C. DAMRELL, JR.
                         United States District Judge