**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**ADELA JUAREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S 06 0209 FCD |
|                  Plaintiff, ) | STIPULATION TO CONTINUE |
|   vs. ) | SENTENCING DATE; |
| ) | ORDER THEREON |
| ADELA JUAREZ, ) | |
|                  Defendant. ) | |

      The parties to this action, the defendant, ADELA JUAREZ, by and through her counsel, Joseph J. Wiseman, and the government, by and through its counsel, Assistant United States Attorney Michael M. Beckwith, hereby stipulate and request this Court to continue the date for sentencing in this matter from October 2, 2006, at 9:30 a.m. to October 10, 2006, at 9:30 a.m.

///

///

///

///

The reason for this request is that defense counsel Joseph Wiseman is unavailable on October 2, 2006, due to the Jewish holiday of Yom Kippur.

Dated: September 29, 2006                Respectfully submitted,

                                                 By:   /s/  Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                      ADELA JUAREZ

Dated: September 29, 2006

                                                 By:      /s/ Michael Beckwith
                                                       Michael Beckwith, AUSA
                                                       Attorney for Plaintiff
                                                       UNITED STATES OF AMERICA

**ORDER**

    IT IS SO ORDERED.

DATED:   September 29, 2006                            /s/ Frank C. Damrell Jr.
                                                                     FRANK C. DAMRELL, JR.
                                                                     United States District Judge

STIPULATION AND {Proposed} ORDER To Continue Sentencing            CR. S-06 0209 FCD