**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**ADELA JUAREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No Case No. CR.S 06-209-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND VOLUNTARY SURRENDER |
| vs. ) | DATE |
| ) | |
| ) | |
| ADELA JUAREZ, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record Michael Beckwith, Assistant United States Attorney, and defendant, ADELA JUAREZ, through her counsel of record, Joseph J. Wiseman, that the voluntary surrender date of November 28, 2006 at 2:00 p.m., be extended for ten (10) days to December 8, 2006 at 2:00 p.m. The undersigned are requesting this continuance to permit the designated custodian for defendant's two minor children to recover from abdominal surgery.

Specifically, defendant has been designated to serve her 24-month federal prison sentence at FCI Dublin, California. Defendant has appointed her sister, Alicia Garcia, who resides in Moreno Valley, California, as temporary guardian ad litem for defendant's two minor children. Ms. Garcia has agreed to care for defendant's children while defendant serves her federal

sentence. Ms. Garcia recently had abdominal surgery, however, and her treating physician has advised her to remain off her feet for the next ten days. As a result, Ms. Garica is not presently in the physical condition to fulfill her duties as temporary guardian ad litem and care for defendant's children.

Dated: November 27, 2006          Respectfully submitted,

By: __/s/  Joseph J. Wiseman__

JOSEPH J. WISEMAN
Attorney for Defendant
ADELA JUAREZ

Dated: November 27, 2006

By: ____/s/ Michael Beckwith_____

Michael Beckwith, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the voluntary surrender date in the above-captioned case be extended to December 8, 2006 at 2:00 p.m.  Accordingly, defendant shall voluntarily surrender at FCI Dublin on or before December 8, 2006 at 2:00 p.m.

Dated: November 27, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE