**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:   530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**ADELA JUAREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADELA JUAREZ,<br><br>　　　　　　Defendant. | Case No. CR.S 06  0209 FCD<br><br>**ORDER EXONERATING BAIL** |

　　　　Defendant, ADELA JUAREZ, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the ground that her bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title. Defendant is currently in custody serving her 24-month prison sentence imposed by the court.

///

Dated: January 26, 2007              Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By: /s/Joseph J. Wiseman
   JOSEPH J. WISEMAN
   Attorney for Defendant
   ADELA JUAREZ

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: February 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE